STANNARD, Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Herman Stannard against Joseph Green. No opinion. Judgment unanimously affirmed, with costs.

---

In re STAPLETON. (Supreme Court, Appellate Division, First Department. July 9, 1901.) In the matter of Eliza Stapleton. No opinion. Motion denied, with $10 costs.

---

STARKE, Respondent, v. MYERS, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Arthur Starke against Ellen Myers. E. H. Benn, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, and appeal from order denying resettlement dismissed.

---

STEINSON, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by George Steinson against the board of education of the city of New York. T. Farley, for appellant. J. E. Eustis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

STETSON et al. v. HOPPER. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Frank Stetson and others against Isaac A. Hopper. No opinion. Motion granted.

---

STINE, Respondent, v. GREENE, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Marcus Stine against William C. Greene. M. E. Harby, for appellant. M. Weinman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

STONE, Appellant, v. BECKET et al., Respondents. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Charles H. Stone against Robert Becket and others. J. Fettretch, for appellant. J. A. Straley, for respondents. No opinion. Judgment (66 N. Y. Supp. 79) affirmed, with costs, on opinion of court below.

---

STORM, Respondent, v. CITY TRUST CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Clarence Storm against the City Trust Company of Philadel-

phia. F. J. Smith, for appellant. J. J. Allen, for respondent. No opinion. Judgment and order affirmed, with costs.

---

SULLIVAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Timothy Sullivan against the city of New York. No opinion. Motion granted, with $10 costs.

---

SULLIVAN et al., Respondents, v. HASLACHER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 4, 1901.) Action by Thomas Sullivan and others against Samuel Haslacher and others. No opinion. Judgment affirmed, with costs.

---

TAMSEN v. BUTLER. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by Edward J. H. Tamsen against Frank J. Butler. No opinion. Motion granted with $10 costs.

---

TAYLOR, Appellant, v. CHARLES BESELER CO., Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Francis R. Taylor against the Charles Beseler Company. W. H. Van Steenburgh, for appellant. R. T. Greene, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

TEACHERS' BUILDING & LOAN ASS'N OF NEW YORK CITY, Respondent, v. SEVERANCE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by the Teachers' Building & Loan Association of New York City against Martha R. Severance and another. No opinion. Motion to amend order denied, with $10 costs.